UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZINA D. HUNTER**<br>2456 Elvans Road, S.E.<br>Washington, DC  20020,<br><br>          **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**<br>1350 Pennsylvania Avenue, N.W.<br>Washington, DC  20004,<br><br>          **Defendant.** | Civil Action No. 1:08-cv-256-RBW |

## NOTICE OF APPEARANCE OF
## <u>CHRISTOPHER MACCHIAROLI</u>

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Plaintiff Zina D. Hunter.  I certify that I am a member of the bar for the United States District Court for the District of Columbia.


Dated:  February 20, 2008                                          Respectfully submitted,

**WHITE & CASE** LLP

/s/Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

*Counsel for Plaintiff Zina D. Hunter*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 20, 2008, I caused the Notice of Appearance of Christopher Macchiaroli to be served upon the following party by First Class Mail and made available for viewing and downloading on the Electronic Case Filing system:

Office of the Attorney General
441 Fourth Street, N.W., Suite 1060N
Washington, DC  20001
*Counsel for Defendant District of Columbia*

                                                          /s/ Christopher Macchiaroli