UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZINA D. HUNTER<br>2456 Elvans Road, S.E.<br>Washington, DC 20020,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>1350 Pennsylvania Avenue, N.W.<br>Washington, DC 20004,<br><br>        Defendant. | Civil Action No. 1:08-cv-256-RBW |

## PROOF OF SERVICE OF SUMMONSES AND COMPLAINT

Pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, Plaintiff, Zina D. Hunter, respectfully files her proof of service of the summonses and complaint. As indicated in the attached summonses and affidavits of service and pursuant to Rule 4(j)(2) of the Federal Rules of Civil Procedure, copies of the summonses and complaint were personally served on February 15, 2008, upon the District of Columbia Office of the Attorney General and the Office of the Mayor of the District of Columbia, as required by Rule 4(j) of the District of Columbia Superior Court Rules of Civil Procedure.

Dated: February 22, 2008

Respectfully submitted,

WHITE & CASE LLP

_/s/ Dana E. Foster_
Dana E. Foster (D.C. Bar No. 489007)
Christopher Macchiaroli (D.C. Bar No. 491825)
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

*Counsel for Plaintiff Zina D. Hunter*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZINA D. HUNTER,
2456 Elvans Road, S.E.
Washington, DC  20020,

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA
1350 Pennsylvania Avenue, N.W.
Washington, DC  20004,

Case: 1:08-cv-00256
Assigned To : Walton, Reggie B.
Assign. Date : 2/15/2008
Description: Employ Discrim.

TO: (Name and address of Defendant)

District of Columbia:
Serve: Office of the Attorney General
441 Fourth Street, N.W., Suite 1060N
Washington, DC  20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dana E. Foster (DC Bar No. 489007)
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
defoster@whitecase.com
Tel.: (202) 626-3600; Fax: (202) 639-9355

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

FEB 15 2008

CLERK                                    DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZINA D. HUNTER                                    *

    Plaintiff                                        *

vs.                                                            *     Case Number: 1:08-cv-00256

DISTRICT OF COLUMBIA                     *

    Defendant                                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That on **2/15/2008** at **04:45 PM**, I served upon **Darling Fields, R.A. authorized to accept on behalf of Office of the Attorney General**(Description: Sex: **F**, Race: **Black**, Height: **5'4"**, Weight: **180**, Approximate Age:**45**). a copy of the following:

   *Summons in a Civil Case, Complaint*

3. That service was effected at 441 Fourth Street, N. W., Suite 1060N in Washington, DC 20004

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

                            William Malone
                            Monumental Process Servers, Inc.
                            221 West Joppa Road
                            Towson, MD 21204
                            (410) 321-6642

**Process Server Cost: $75.00**
MPS File Number: 08-02-16-007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZINA D. HUNTER,
2456 Elvans Road, S.E.
Washington, DC  20020,

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA
1350 Pennsylvania Avenue, N.W.
Washington, DC  20004,

Case: 1:08-cv-00256
Assigned To : Walton, Reggie B.
Assign. Date : 2/15/2008
Description: Employ Discrim.

TO: (Name and address of Defendant)

District of Columbia
Serve: Office of the Mayor
1350 Pennsylvania Avenue, N.W., Suite 324
Washington, DC  20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dana E. Foster (DC Bar No. 489007)
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
defoster@whitecase.com
Tel.: (202) 626-3600; Fax:  (202) 639-9355

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    FEB 15 2008

CLERK                                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZINA D. HUNTER | * | |
| Plaintiff | * | Case Number: 1:08-cv-00256 |
| vs. | * | |
| DISTRICT OF COLUMBIA | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That on **2/15/2008** at **04:01 PM,** I served upon **Tabatha Braxton, Staff Assistant, authorized to accept on behalf of Office of the Mayor of the District of Columbia**(Description: Sex: **F**, Race: **Black**, Height: **5'3"**, Weight: **140**, Approximate Age:**35**). a copy of the following:

   Summons in a Civil Case, Complaint

3. That service was effected at 1350 Pennsylvania Avenue, N. W., Suite 3240, in Washington, DC 20004

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_William Malone_
Monumental Process Servers, Inc.
221 West Joppa Road
Towson, MD 21204
(410) 321-6642

**Process Server Cost: $75.00**
MPS File Number: 08-02-16-008

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I caused to be served a true and correct copy of "PROOF OF SERVICE OF SUMMONSES AND COMPLAINT" by First Class Mail upon:

Office of the Attorney General
441 Fourth Street, N.W., Suite 1060N
Washington, DC 20001

Office of the Mayor
1350 Pennsylvania Avenue, N.W., Suite 324
Washington, DC 20004

I also certify that the "PROOF OF SERVICE OF SUMMONSES AND COMPLAINT" was made available for viewing and downloading on the Electronic Case Filing system.

*Christopher Macchiaroli*
Christopher Macchiaroli