UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZINA D. HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Case No. 1:08-00256<br>Judge: Reggie B. Walton |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE THE TIME FOR IT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

    Defendant District of Columbia, by and through undersigned counsel, hereby moves this Court to grant an extension of time for it to file a response to plaintiff's Complaint. As reasons therefore, the District represents as follows:

    1.    This case concerns plaintiff Zina Hunter's allegations that she was the victim of sexual harassment and retaliation by her supervisors during her employment with the District of Columbia Department of Youth Rehabilitation Services ("DYRS"). *See* Complaint generally. On February 2, 2008, plaintiff filed

    2.    On or about February 15, 2008, plaintiff filed a complaint against the District alleging violations of Title VII of the Civil Rights Act and the District of Columbia Human Rights Act ("DCHRA"). Specifically, plaintiff claims that she was subjected to a hostile work environment (Counts I and II) and retaliated against for reporting sexual harassment (Counts III an IV). *See* Complaint generally.

1

3. Plaintiff has attached to her complaint documents which show that her claims of sexual harassment are currently being adjudicated by the Office of Human Rights ("OHR").[1] Specifically, attached to plaintiff's Complaint, as Exhibit 1, is a January 28, 2008, "Second Letter of Determination After Reopening," which shows that the District was ordered to respond to OHR within fifteen (15) days in order to continue with the process in pursuing conciliation. *See id*. The District responded and requested conciliation of the matter and a date was set for the conciliation hearing. The initial conciliation hearing was cancelled, but is currently being rescheduled for later this month.

4. The District requests a thirty (30) day extension to file its response to the Complaint. The additional time will allow the parties to proceed with conciliation with the hope of resolving the issues set forth in this Complaint. No party will be unduly prejudiced by the requested relief.

5. Federal Rule of Civil Procedure 6(b)(1) states that "[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…." This motion is being filed prior to expiration of the current deadline for responding to plaintiff's Complaint.

WHEREFORE, for the reasons stated herein, the District requests that the Court grant its motion to enlarge the time for it to respond to plaintiff's Complaint.

                               Respectfully submitted,

                               PETER J. NICKELS
                               Interim Attorney General for the District of Columbia

---

[1] In the complaint that she filed with OHR, the plaintiff alleged the same claims as she did in the Complaint that is before the Court. S*ee* Letter/Order, at 1, 3 – 4, 6 - 9 and 11 – 12.

2

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        PATRICIA A. JONES
        Chief, General Litigation Section IV


        /s/Zuberi B. Williams
        ERIC S. GLOVER [978841]
        ZUBERI BAKARI WILLIAMS[2]
        Assistant Attorney General
        Office of the Attorney General
        441 Fourth Street, N.W.;  Suite 6N013
        Washington, D.C. 20001
        Office:  (202) 724-7854; (202) 724-6650; (202) 727-6295
        Facsimile: (202) 727-3625
        Email:  Zuberi.Williams@dc.gov


## **LCvR 7(m) CERTIFICATION**

On March 6, 2008, the parties conferred and plaintiff consented to the relief sought.  This should be treated as a consent motion.


        /s/Zuberi B. Williams
        ZUBERI WILLIAMS
        Assistant Attorney General

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZINA D. HUNTER,

    Plaintiff,

v.

DISTRICT OF COLUMBIA,

    Defendant.

Case No. 1:08-00256
Judge: Reggie B. Walton

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

    In support of the Defendant's Consent Motion To Enlarge Time to File A Response to Plaintiff's Complaint, the District relies upon the following list of authorities:

1.     Federal Rule of Civil Procedure 6(b)(1).

2.     The Court's equitable powers.

3.     All parties consent.

    Respectfully submitted,

    PETER J. NICKELS
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

/s/Zuberi B. Williams
MICHAEL BRUCKHEIM [455192]
ZUBERI BAKARI WILLIAMS[3]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W.;  Suite 6N013
Washington, D.C. 20001
Office: (202) 724-6650; (202) 727-6295
Email:  Zuberi.Williams@dc.gov

---

[3] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZINA D. HUNTER,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA,

    Defendant.

Case No. 1:08-00256
Judge: Reggie B. Walton

## **ORDER**

    Upon consideration of the defendant District of Columbia's Consent Motion to Enlarge Time to File a Response to Plaintiff Complaint, and the record herein, it is by the Court this _____ day of _____, 2008,

    ORDERED:   that the Motion is GRANTED for the reasons set forth in the defendant's motion; and it is

    FURTHER ORDERED:   that defendant shall file its response by April 7, 2008.

_____
JUDGE REGGIE WALTON
U.S. District Court for the District of Columbia

6